THE HON. BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KLEIN GRIFFITH PROPERTIES GROUP, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF COMMERCE, a Washington state government agency, HANFORD AREA ECONOMIC INVESTMENT FUND, HANFORD AREA ECONOMIC INVESTMENT FUND ADVISORY COMMITTEE, a Washington state government agency, CLIFTONLARSONALLEN LLP, a foreign limited liability partnership, and JOLARR MANAGEMENT CONSULTING, LLC, a Washington limited liability company,<br><br>Defendants. | Case No.: 3:22-cv-05710-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND FILE FIRST AMENDED COMPLAINT** |

The parties filed a Stipulated Motion to Modify Scheduling Order and File First Amended Complaint ("Stipulated Motion"). The Court has reviewed the Stipulated Motion and the complete record in this case. Good cause exists to grant the motion. Therefore, being fully informed in the premises, it is hereby ORDERED:

ORDER GRANTING STIPULATED
MOTION TO MODIFY . . . - 1
Case No.: 3-22-cv-05170-BJR



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane, Wa  99201
P 509.321.5930 / F 509.321.5935

1.	The Stipulated Motion is GRANTED.

2.	The Court's Order Setting Trial and Related Dates (Dkt. # 24) is modified as follows: the deadline for filing amended pleadings is the date through and including the date on which Klein Griffith files its First Amended Complaint ("FAC"), pursuant to Federal Rule of Civil Procedure 16(b)(4).  All other deadlines remain unmodified. Pursuant to LCR 15, Klein Griffith shall file its FAC within fourteen (14) days of the entry of this Order.

3.	Based on the parties' written consent, and this Court's leave, Klein Griffith may amend its pleading by filing its FAC in the form attached as **Exhibit A** to the Stipulated Motion, pursuant to Rule 15(a)(2).

4.	Pursuant to Rule 15(a)(3), Defendants shall file any responsive pleading to Klein Griffith's FAC within fourteen (14) days after Klein Griffith serves its FAC.

DATED: <u>June 20, 2023</u>

_____
Honorable Barbara J. Rothstein
United States District Court Judge

ORDER GRANTING STIPULATED
MOTION TO MODIFY . . . - 2
Case No.: 3-22-cv-05170-BJR



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane, Wa  99201
P 509.321.5930 / F 509.321.5935

Respectfully Submitted By:

| | |
|---|---|
| PISKEL YAHNE KOVARIK, PLLC | ROBERT W. FERGUSON<br>Attorney General |
| *s/ Benjamin J. McDonnell* | |
| Benjamin J. McDonnell, WSBA #45547 | *s/ Leslie R. Seffern* |
| Stanley F. Corbit | Leslie R. Seffern, WSBA #19503 |
| Piskel Yahne Kovarik, PLLC | Assistant Attorney General |
| 522 W. Riverside Avenue, Suite 700 | Complex Litigation Division |
| Spokane, WA 99201 | 7141 Cleanwater Drive SW |
| | PO Box 40111 |
| Bmcdonnell@pyklawyers.com | Olympia, WA 98504-0111 |
| Scorbit@pyklawyers.com | (360) 709-6470 |
| Knims@pyklawyers.com | Leslie.Seffern@atg.wa.gov |
| *Attorneys for Plaintiff*<br>*Klein Griffith Properties Group, LLC* | *Attorney for Defendants*<br>*Washington State Department of Commerce, Hanford Area Economic Investment Fund and Hanford Area Economic Investment Fund Advisory Committee* |
| LANE POWELL PC | MILLER, MERTENS & COMFORT, PLLC |
| *s/ Daniel A. Kittle* | *s/ Joel R. Comfort* |
| Callie A. Castillo, WSBA #38214 | Joel R. Comfort, WSBA #31477 |
| Barbara J. Duffy, WSBA #18885 | 1020 North Center Parkway, Suite B |
| Daniel A. Kittle, WSBA #43340 | Kennewick, WA 99336 |
| 1420 Fifth Avenue, Suite 4200 | jcomfort@mmclegal.net |
| P.O. Box 91302 | |
| Seattle, Washington 98111-9402 | *Attorney for Defendant* |
| Telephone: 206.223.7000 | *JoLarr Management Consulting, LLC* |
| castilloc@lanepowell.com | |
| duffyb@lanepowell.com | |
| kittled@lanepowell.com | |
| *Attorneys for Defendant*<br>*CliftonLarsenAllen LLP* | |

ORDER GRANTING STIPULATED
MOTION TO MODIFY . . . - 3
Case No.: 3-22-cv-05170-BJR



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935

**DECLARATION OF SERVICE**

I hereby declare under penalty of perjury under the laws of the state of Washington that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 16th day of June 2023, at Spokane, Washington.

*s/ Benjamin J. McDonnell*
BENJAMIN J. MCDONNELL, WSBA #45547

ORDER GRANTING STIPULATED
MOTION TO MODIFY . . . - 4
Case No.: 3-22-cv-05170-BJR



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935