The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KLEIN GRIFFITH PROPERTIES GROUP, LLC, a Washington limited liability company,<br><br>Plaintiff;<br>v.<br><br>WASHINGTON STATE DEPARTMENT OF COMMERCE, a Washington state government agency, HANFORD AREA ECONOMIC INVESTMENT FUND, HANFORD AREA ECONOMIC INVESTMENT FUND ADVISORY COMMITTEE, a Washington state government agency, CLIFTONLARSONALLEN LLP, a foreign limited liability partnership, and JOLARR MANAGEMENT CONSULTING, LLC, a Washington limited liability company,<br><br>Defendants. | Case No.: 3:22-cv-05710-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY ORDER SETTING TRIAL DATES AND RELATED DATES |

The parties filed a Stipulated Motion to Modify Order Setting Trial Dates and Related Dates ("Stipulated Motion"). The Court has reviewed the Stipulated Motion and the complete record in this case. Good cause exists to grant the motion. Therefore, being fully informed in the premises, it is hereby ORDERED:

1. The Stipulated Motion is GRANTED.

2. The Court's Order Setting Trial Dates and Related Dates is modified as follows:

ORDER GRANTING STIPULATED MOT. TO
MODIFY ORDER SETTING . . . - 1
Case No.: 3:22-cv-05710-BJR

|  | **Modified Deadline** |
|---|---|
| JURY TRIAL DATE | July 22, 2024 |
| Reports from expert witness under FRCP 26(a)(2) due | October 3, 2023 |
| Rebuttal expert reports | November 3, 2023 |
| Discovery completed by | December 5, 2023 |
| All dispositive motions must be filed by | January 31, 2024 |
| All motions in limine must be filed by | June 17, 2024 |
| Joint Pretrial Statement | June 24, 2024 |
| Pretrial Conference | July 8, 2024 at 10:30 a.m. PT |
| Length of Jury Trial | 6-10 days. |

3.  The remaining provisions of the Order Setting Trial Dates and Related Dates that have not been modified by this or any prior order remain in full force and effect.

DATED: July 19, 2023

*Barbara J. Rothstein*
Honorable Barbara J. Rothstein
United States District Court Judge

ORDER GRANTING STIPULATED MOT. TO
MODIFY ORDER SETTING . . . - 2
Case No.: 3:22-cv-05710-BJR

Respectfully Submitted By:

| | |
|---|---|
| PISKEL YAHNE KOVARIK, PLLC | ROBERT W. FERGUSON<br>Attorney General |
| *s/ Benjamin J. McDonnell* | |
| Benjamin J. McDonnell, WSBA #45547 | *s/ Leslie R. Seffern* |
| Stanley F. Corbit, WSBA #52741 | Leslie R. Seffern, WSBA #19503 |
| Piskel Yahne Kovarik, PLLC | Kate S. Worthington, WSBA # 47556 |
| 522 W. Riverside Avenue, Suite 700 | Assistant Attorney General |
| Spokane, WA 99201 | Complex Litigation Division |
| | 7141 Cleanwater Drive SW |
| bmcdonnell@pyklawyers.com | PO Box 40111 |
| scorbit@pyklawyers.com | Olympia, WA 98504-0111 |
| | (360) 709-6470 |
| *Attorneys for Plaintiff* | Leslie.Seffern@atg.wa.gov |
| *Klein Griffith Properties Group, LLC* | |
| | *Attorneys for Defendants*<br>*Washington State Department of Commerce,*<br>*Hanford Area Economic Investment Fund*<br>*and Hanford Area Economic Investment*<br>*Fund Advisory Committee* |
| LANE POWELL PC | |
| | MILLER, MERTENS & COMFORT, PLLC |
| *s/ Daniel A. Kittle* | |
| Callie A. Castillo, WSBA #38214 | *s/ Joel R. Comfort* |
| Barbara J. Duffy, WSBA #18885 | Joel R. Comfort, WSBA #31477 |
| Daniel A. Kittle, WSBA #43340 | 1020 North Center Parkway, Suite B |
| 1420 Fifth Avenue, Suite 4200 | Kennewick, WA 99336 |
| P.O. Box 91302 | jcomfort@mmclegal.net |
| Seattle, Washington 98111-9402 | |
| Telephone: 206.223.7000 | *Attorney for Defendant* |
| castilloc@lanepowell.com | *JoLarr Management Consulting, LLC* |
| duffyb@lanepowell.com | |
| kittled@lanepowell.com | |
| *Attorneys for Defendant*<br>*CliftonLarsonAllen LLP* | |

ORDER GRANTING STIPULATED MOT. TO
MODIFY ORDER SETTING . . .  - 3
Case No.: 3:22-cv-05710-BJR