The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KLEIN GRIFFITH PROPERTIES GROUP, LLC, a Washington limited liability company<br><br>　　　　　　　　　Plaintiff;<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF COMMERCE, a Washington state government agency, HANFORD AREA ECONOMIC INVESTMENT FUND, HANFORD AREA ECONOMIC INVESTMENT FUND ADVISORY COMMITTEE, a Washington state government agency, CLIFTONLARSONALLEN LLP, a foreign limited liability partnership, and JOLARR MANAGEMENT CONSULTING, LLC, a Washington limited liability company,<br><br>　　　　　　　　　Defendants. | NO. 3:22-cv-05710-TMC<br><br>ORDER GRANTING STIPULATED MOTION FOR <u>THIRD</u> MODIFICATION TO ORDER SETTING TRIAL DATES AND RELATED DATES |

　　　　The parties filed a Stipulated Motion for Third Modification to Order Setting Trial Dates and Related Dates ("Stipulated Motion"). The Court has reviewed the Stipulated Motion and the complete record in this case. Good cause exists to grant the motion. Therefore, being fully informed in the premises, it is hereby ORDERED:

　　　　1.　　The Stipulated Motion is GRANTED.

ORDER GRANTING STIPULATED MOTION
FOR <u>THIRD </u>MODIFICATION . . . - 1

2. The Court's Order Granting Stipulated Motion for Second Modification to Order Setting Trial Dates and Related Dates is modified as follows:

|  | **Deadline** |
|---|---|
| Depositions taken by (*for the sole purpose of CLA's Rule 30(b)(6) deposition*) | February 13, 2024 |
| Dispositive motions filed by | March 15, 2024 |

3. The remaining provisions of the Order Setting Trial Dates and Related Dates and orders granting the first and second motions to modify scheduling order deadlines, to the extent that they have not been modified by this or any prior order, remain in full force and effect.

DATED: <u>January 11, 2024</u>

*(signature)*

Tiffany M. Cartwright
United States District Judge

| | |
|---|---|
| PISKEL YAHNE KOVARIK, PLLC | ROBERT W. FERGUSON<br>Attorney General |
| *s/ Benjamin J. McDonnell* | |
| Benjamin J. McDonnell, WSBA #45547 | */s/ Authorized by Leslie R. Seffern* |
| Stanley F. Corbit, WSBA #52741 | Leslie R. Seffern, WSBA #19503 |
| Piskel Yahne Kovarik, PLLC | Joshua Weissman, WSBA #42648 |
| 522 W. Riverside Avenue, Suite 700 | Assistant Attorney General |
| Spokane, WA 99201 | Complex Litigation Division |
| bmcdonnell@pyklawyers.com | 7141 Cleanwater Drive SW |
| scorbit@pyklawyers.com | PO Box 40111 |
| | Olympia, WA 98504-0111 |
| *Attorneys for Plaintiff* | (360) 709-6470 |
| *Klein Griffith Properties Group, LLC* | Leslie.Seffern@atg.wa.gov |
| | Joshua.weissman@atg.wa.gov |
| LANE POWELL PC | |
| | *Attorneys for Defendants* |
| */s/ Authorized by Callie A. Castillo* | *Washington State Department of Commerce, Hanford Area Economic Investment Fund and Hanford Area Economic Investment Fund Advisory Committee* |
| Callie A. Castillo, WSBA #38214 | |
| Barbara J. Duffy, WSBA #18885 | |
| Daniel A. Kittle, WSBA #43340 | |
| Mohammed N. Workicho, Pro Hac Vice | |
| 1420 Fifth Avenue, Suite 4200 | |
| P.O. Box 91302 | |
| Seattle, Washington 98111-9402 | MILLER, MERTENS & COMFORT, PLLC |
| Telephone: 206.223.7000 | |
| castilloc@lanepowell.com | */s/ Authorized by Joel R. Comfort* |
| duffyb@lanepowell.com | Joel R. Comfort, WSBA #31477 |
| kittled@lanepowell.com | 1020 North Center Parkway, Suite B |
| workichom@lanepowell.com | Kennewick, WA 99336 |
| *Attorneys for Defendant* | jcomfort@mmclegal.net |
| *CliftonLarsonAllen LLP* | |
| | *Attorney for Defendant* |
| | *JoLarr Management Consulting, LLC* |

ORDER GRANTING STIPULATED MOTION
FOR <u>THIRD</u> MODIFICATION  . . . - 3